**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

AUDREY BRADLEY                                                                                              PLAINTIFF

v.                                          NO. 4:08CV00096 JLH

ARKANSAS BOLL WEEVIL ERADICATION
FOUNDATION, *et al*.                                                                                    DEFENDANTS

**ORDER**

Audrey Bradley brought this action against the Arkansas Boll Weevil Eradication Foundation, Danny Kiser, in his official capacity as an agent for the Arkansas Boll Weevil Eradication Foundation, and Leonard Sharp, in his official capacity as an agent on behalf of the Arkansas Boll Weevil Eradication Foundation. The defendants have moved to dismiss Kiser and Sharp on the ground that supervisors cannot be held individually liable under Title VII. Bradley has responded that she also seeks relief under 42 U.S.C. § 1981, and a supervisor can be held individually liable under that statute. The parties thus argue as though Danny Kiser and Leonard Sharp, in their individual capacities, were parties to this case, but they are not. Bradley's complaint names Kiser and Sharp as defendants only in their official capacities, not in their individual capacities. A suit against a government official in his official capacity is "another way of pleading an action against an entity of which an officer is an agent." *Baker v. Chisom*, 501 F.3d 920, 925 (8th Cir. 2007) (quoting *Monell v. Dep't of Social Services*, 436 U.S. 658, 690 n.55, 98 S. Ct. 2018, 56 L. Ed. 2d 611 (1978)). "[T]he real party in interest in an official-capacity suit is the governmental entity and not the named official." *Id*. (quoting *Hafer v. Melo*, 502 U.S. 21, 25, 112 S. Ct. 358, 116 L. Ed. 2d 301 (1991)). Employees can be named in their official capacities in Title VII actions.

*Lenhardt v. Basic Institute of Technology, Inc.*, 55 F.3d 377, 380 (8th Cir. 1995).  Therefore, the defendants' motion to dismiss is DENIED.  Document #11.

    IT IS SO ORDERED this 25th day of June, 2008.

                                            _____
                                            J. LEON HOLMES
                                            UNITED STATES DISTRICT JUDGE