## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

AUDREY BRADLEY                                                                                              PLAINTIFF

v.                                          NO. 4:08CV00096 JLH

ARKANSAS BOLL WEEVIL ERADICATION
FOUNDATION, *et al.*                                                                                     DEFENDANTS

## PROTECTIVE ORDER

The parties have filed a Joint Motion for Protective Order. Document #35. That motion is GRANTED. It is hereby ordered that:

1. Confidential Information, as later defined herein, and obtained by the Plaintiff from the Defendants in this action, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available, or communicated in any way to anyone except Qualified Persons, as herein defined.

2. Confidential Information means personnel records, medical information, and other information the confidentiality or privacy of which is protected by statute. Defendants will designate this information as Confidential Information.

3. Except with the prior written consent of the Defendants, or pursuant to further Order of this Court on motion with notice to the Defendants, no Confidential Information may be disclosed to any person other than "Qualified Persons" who shall be defined to include the Plaintiff, any current or future counsel of record for the Plaintiff in this action, and secretaries, paraprofessional assistants, experts, other employees of such counsel who would be actively engaged in assisting counsel in connection with this action. In addition, "Qualified Persons" shall be defined to include any witnesses who will be deposed or who will be in-fact witnesses at the trial of this matter.

4. This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

a) Upon request by Defendants, Plaintiff (or his counsel) shall take all reasonable steps necessary to reclaim all Confidential Information, including correspondence, memoranda, notes or any other documents embodying such information, in whole or in part.

b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding.

5. Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

6. Plaintiff's current counsel shall explain to Plaintiff the terms of this Protective Order, including the requirements and restrictions he must observe.

IT IS HEREBY SO ORDERED this 26th day of August, 2008.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE