IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AUDREY BRADLEY                                                                    PLAINTIFF

v.                                     No. 4:08CV00096 JLH

ARKANSAS BOLL WEEVIL ERADICATION                            DEFENDANT
FOUNDATION

### ORDER OF DISMISSAL

The Court previously dismissed separate Defendants Danny Kiser and Leonard Sharp with prejudice. See Doc. No. 52. This case, now having been compromised and settled by the remaining parties, Audrey Bradley and Arkansas Boll Weevil Eradication Foundation, is by consent of those remaining parties dismissed with prejudice. The Court will retain jurisdiction over this case for thirty (30) days to enforce the terms of the settlement agreement.

IT IS HEREBY SO ORDERED this 15th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Alvin L. Simes
Attorney at Law
P.O. Box 1248
Forrest City, AR 72336
Telephone: (870) 633-7961

/s/ Brian A. Vandiver
Brian A. Vandiver
CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.
500 President Clinton Ave., Suite 200
Little Rock, AR 72201
Telephone: (501) 371-9999

**ATTORNEY FOR PLAINTIFF**                    **ATTORNEYS FOR DEFENDANT**

158182